

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/2010

RECEIVED
APR - 1 2010
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

# JOSEPH MURE JR. & ASSOCIATES

26 COURT STREET - SUITE 2810 - BROOKLYN NY 11242
TEL: (718) 852-9100 – FAX: (718) 797-5554

April 1, 2010

MEMO ENDORSED

The Honorable Sidney H. Stein
Via Facsimile: (212) 805 7924

**Re: Yevgeny Shvartssheteyn**
**Docket # 1:10-cr-00031**

Dear Hon. Sidney H. Stein

My office represents the above defendant Yevgeny Shvartssheteyn. Mr. Shvartssheteyn would like permission to attend religious services as noted on the letter written by Rabbi David Halpern, which is attached with this facsimile, located at the Flatbush Park Jewish Center, 6363 Avenue U, Brooklyn, NY 11234.

Please be advised that Mr. Shvartssheteyn's Pre-Trial Officer Gianfranco Furelli and US Attorney Daniel Goldman have approved Mr. Shvartssheteyn's request, and have consented for Friday visits between 6 PM to 8 PM, and Saturday visits between 9 AM and 1 PM.

Please contact my office with response to this request.

Thank You.

Sincerely,
Joseph Mure, Jr.

April 2, 2010
SO ORDERED
SIDNEY H. STEIN
U.S.D.J.