

Attorney At Law
26 Court Street, Suite 2810
Brooklyn, New York, 11242
(718) 852-9100

28 May 2010

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/10
```

RE:   United States v. Yevgeny Shvartsshteyn
      1:10-cr-00031-SHS

Dear Judge Stein,

As you are aware, our offices represent Yevgeny Shvartsshteyn in the above referenced matter.

We respectfully request that Mr. Shvartsshteyn's bond be modified for purposes of providing him the privilege of maintaining gainful employment at NuCare Pharmacy located at 250 9th Avenue in New York, New York (212) 462-2525.

He wishes to work Monday - Thursday between 12pm and 8pm, Fridays from 12pm to 4pm, and Sundays between 12pm and 2pm. Mr. Shvartsshteyn will submit written clock-in and clock-out times as well as his pay stubs to Pretrial Services.

The defendant has been further advised that he is subject to additional charges if he fails to comply with the above-mentioned conditions, including a violation of 18 U.S.C. s 1001 in the event of any false statement to a federal officer.

The Office of Pre-Trial Services (through Gianfranco Furelli) has conducted an on-premises assessment and has no objection to the proposed position. The Office of the United States Attorney (through AUSA Daniel Goldman) has similarly consented to the instant application.

Thank you for your continued consideration.

Very truly yours,

Joseph Mure, Jr., Esq.

SO ORDERED, Hon. Sidney H. Stein 6/7/10
cc:   AUSA Goldman (CM/ECF), USPO Furelli (FAX)

1